IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  ZOHAR III, CORP., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 18-10512 (KBO) |
| | ) | |
| | ) | |
| PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, | ) ) ) | |
| | ) | |
| Appellants | ) | |
| | ) | C.A. No. 20-1419 (MN) |
| v. | ) | |
| | ) | |
| ZOHAR III, CORP., et al., | ) | |
| | ) | |
| Appellees. | ) | |

# ORDER

At Wilmington this 26th day of August 2021:

For the reasons set forth in the accompanying Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's *Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction*, dated October 15, 2020 (D.I. 1-1), is AFFIRMED.

2. The Clerk of the Court is directed to CLOSE Civ. No. 20-1419 (MN).

The Honorable Maryellen Noreika
United States District Judge